■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND NELSON, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, New York County (Renee White, J.), rendered on or about September 28, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, McGuire and Acosta, JJ.